**TRANSCRIPT ORDER FORM (DKT-13)** - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Western District of Texas (Waco)     District Court Docket No.: 6:24-CV-00203

Short Case Title: Space Exploration Technologies Corp. v. National Labor Relations Board et al

ONLY ONE COURT REPORTER PER FORM   Court Reporter: Kristie Davis

Date Notice of Appeal Filed in the District Court: July 29, 2024     Court of Appeals No.: 24-50627

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☒ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| July 3, 2024 | Motion to Stay | Judge Alan D. Albright |
| July 10, 2024 | Motion for Preliminary Injunction | Judge Alan D. Albright |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☒ U.S. Government Funds
☐ Other _____

Signature: MATHEUS TEIXEIRA (Digitally signed by MATHEUS TEIXEIRA, Date: 2024.08.23 12:09:49 -04'00')   Date Transcript Ordered: 8/23/2024

Print Name: Matheus Teixeira   Phone: (202) 273-2959

Counsel for: National Labor Relations Board, et al

Address: 1015 Half St. SE, Fourth Floor, Washington, D.C. 20570

Email of Attorney: matheus.teixeira@nlrb.gov

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____   Signature of Reporter _____   Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: 32     Actual Number of Volumes: 1

Date: 9-6-24   Signature of Reporter: Kristie Davis