# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 11, 2024
Lyle W. Cayce
Clerk

No. 24-50627

_____

Space Exploration Technologies Corporation,

*Plaintiff—Appellee*,

versus

National Labor Relations Board; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as Board Member of the National Labor Relations Board*; John Doe, *Administrative Law Judge NLRB*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-203

_____

UNPUBLISHED ORDER

Before Southwick, Willett, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the opposed motion of Appellants to consolidate the above appeal with 24-40533 and 24-10855 is GRANTED.

The deadline for Appellants' brief is October 28, 2024. The deadline for Appellees' briefs is November 27, 2024. The deadline for Appellants' reply brief is December 18, 2024.

IT IS FURTHER ORDERED that the opposed motion of Appellants to expedite oral argument and decision is GRANTED. The matter is expedited to the randomly designated regular oral argument panel next available after December 18, 2024.

IT IS FURTHER ORDERED that the opposed motion of Appellants to correct captions in 24-50627 and 24-40533 is GRANTED.