# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 11, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50627   Space Exploration v. NLRB
                   USDC No. 6:24-CV-203

Enclosed is an order entered in this case.

The consolidated caption will be sent under separate cover.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa B. Courseault, Deputy Clerk
                              504-310-7701

Ms. Jane Lauer Barker
Mr. David Paul Boehm
Mr. Michael Samuel Dale
Ms. Catherine Lynn Eschbach
Ms. Maxie Elena Gallardo Miller
Ms. Maxie E. Gallardo
Mr. Harry Isaac Johnson III
Mr. Michael E. Kenneally
Mr. Andrew Lyubarsky
Ms. Stefanie R. Moll
Mr. Talley Ray Parker
Ms. Grace L. Pezzella
Ms. Amber Michelle Rogers
Ms. Amanda Leigh Salz
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese