# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 11, 2024

Ms. Jane Lauer Barker
Pitta LLP
120 Broadway, 28th Floor
New York, NY 10271

Mr. David Paul Boehm
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

Mr. Michael Samuel Dale
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

Ms. Kristie Davis
Western District of Texas, Waco
U.S. District Court
P.O. Box 20994
Waco, TX 76702-0994

Ms. Catherine Lynn Eschbach
Morgan, Lewis & Bockius, L.L.P.
1000 Louisiana Street
Suite 4000
Houston, TX 77002-5006

Maxie Elena Gallardo Miller
National Labor Relations Board
Region 16
819 Taylor Street
Room 8A24
Fort Worth, TX 76102-6178

Ms. Maxie E. Gallardo
National Labor Relations Board

Region 16
819 Taylor Street
Suite 8A24
Fort Worth, TX 76102-6178

Mr. Harry Isaac Johnson III
Morgan, Lewis & Bockius, L.L.P.
2049 Century Park, E.
Suite 700
Los Angeles, CA 90067

Mr. Michael E. Kenneally
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, N.W.
Suite 411
Washington, DC 20004

Mr. Andrew Lyubarsky
AFL-CIO
815 Black Lives Matter Plaza, N.W.
Washington, DC 20006

Ms. Stefanie R. Moll
Morgan, Lewis & Bockius, L.L.P.
1000 Louisiana Street
Suite 4000
Houston, TX 77002-5006

Mr. Talley Ray Parker
Jackson Lewis, P.C.
500 N. Akard Street
Suite 2500
Dallas, TX 75201

Ms. Grace L. Pezzella
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

Ms. Amber Michelle Rogers
Hunton Andrews Kurth, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 3700
Dallas, TX 75202

Ms. Amanda Leigh Salz
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue, N.W.

Suite 400
Washington, DC 20006

Mr. Matheus Teixeira
National Labor Relations Board
1015 Half Street, S.E.
Washington, DC 20003

Mr. Paul A. Thomas
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
Room 4022
Washington, DC 20003

Mr. Tyler James Wiese
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

    No. 24-50627    Space Exploration v. NLRB
    Consolidated with 24-40533 and 24-10855
        USDC No. 6:24-CV-203
        USDC No. 4:24-CV-798
        USDC No. 3:24-CV-198

Dear Counsel:

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

24-50627

Space Exploration Technologies Corporation,

    Plaintiff - Appellee

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, in his official capacity as Board Member of the National Labor Relations Board; Gwynne A. Wilcox, in her official capacity as Board Member of the National Labor Relations Board; David M. Prouty, in his official capacity as Board Member of the National Labor Relations Board; John Doe, Administrative Law Judge NLRB,

    Defendants - Appellants

consolidated with
_____

24-40533
_____

Energy Transfer, L.P.; La Grange Acquisition, L.P.,

    Plaintiffs - Appellees

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren M. McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, in their official capacities as Board Members of the National Labor Relations Board; Gwynne A. Wilcox, in their official capacities as Board Members of the National Labor Relations Board; David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

    Defendants - Appellants

consolidated with
_____

24-10855
_____

Aunt Bertha, doing business as Findhelp,

    Plaintiff - Appellee

v.

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren McFerran, in her official capacity as the General Counsel of the National Labor Relations Board; Marvin E. Kaplan; Gwynne A. Wilcox; David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

                Defendants - Appellants