# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

**Fifth Cir. Case NO.** 24-50627, 24-40533, 24-10855

SpaceX; Energy Transfer, L.P.; Aunt Bertha  vs.  National Labor Relations Board
(Short Title)

The Clerk will enter my appearance as Counsel for National Labor Relations Board; Jennifer A. Abruzzo; Lauren M. McFerran; Marvin E. Kaplan; Gwynne A. Wilcox; David M. Prouty; John Doe (unnamed Administrative Law Judge) - All Appellants

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s Christine Flack                                     christine.flack@nlrb.gov
(Signature)                                            (e-mail address)

Christine Flack                                        No official Bar Number in Maryland
(Type or print name)                                   (State/Bar No.)

Supervisory Attorney
(Title, if any)

National Labor Relations Board; Contempt, Compliance, and Special Litigation Branch
(Firm or Organization)

Address 1015 Half Street, S.E., Fourth Floor

City & State Washington, D.C.                          Zip 20570

Primary Tel. (202) 273-2842    Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Tyler J. Wiese; David P. Boehm

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
       ☑ Yes   ☐ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
       ☑ Yes   ☐ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
       ☐ Yes   ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case  Yes (prelim. inj.)

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

[See addendum]

Name of Court or Agency U.S. Court of Appeals for the Fifth Circuit

Status of Appeal (if any) Order dated 10/11/2024 granted consolidation of Case Nos. 24-50627, 24-40533, 24-10855, set briefing and argument schedule.

Other Status (if not appealed) [see addendum]

**NOTE:** Attach sheet to give further details.                          DKT-5A REVISED June 2023

## ADDENDUM TO NOTICE OF FORM FOR APPEARANCE

**B. Inquiry of Counsel:**

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

- Yes. By unpublished order dated 10/11/2024 in Case No. 24-50627, *SpaceX v. NLRB*, the Court, in relevant part: (1) granted the NLRB's opposed motion to consolidate Case Nos. 24-50627, 24-40533, 24-10855; (2) ordered the deadline for Appellants' brief as October 28, 2024, the deadline for Appellees' briefs as November 27, 2024, and the deadline for Appellants' reply brief is December 18, 2024; and (3) granted expedited oral argument and decision, expediting to the randomly designated regular oral argument panel next available after December 18, 2024.

- Another related case on appeal involving injunctions of NLRB proceedings is *Amazon.com v. NLRB*, No. 24-50761, on appeal from 5:24-cv-01000-XR (W.D. Tex.).

(2) Is there any such case now pending in a District Court (i) within this Circuit, or in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

- Yes. *Ascension Seton d/b/a Ascension Seton Medical Center Austin*, Case No. 1:24-cv-01176-ADA (W.D. Tex.), is a pending district court case involving injunction of NLRB proceedings which may be appealed to the Fifth Circuit.