Nos. 24-50627, 24-40533, 24-10855

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

SPACE EXPLORATION TECHNOLOGIES CORP.,

*Plaintiff-Appellee,*

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants*

consolidated with

ENERGY TRANSFER L.P. and its subsidiary and employing entity LA GRANGE ACQUISITION, L.P.,

*Plaintiff-Appellee,*

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants*

consolidated with

AUNT BERTHA, doing business as FINDHELP,

*Plaintiff-Appellee*,

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants*.

---

**APPELLANTS' MOTION TO FILE EXTENDED BRIEF**

---

## CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required, as respondent is a governmental party. 5th Cir. R. 28.2.1.

Appellants National Labor Relations Board and various official-capacity officers (collectively, NLRB) respectfully move for leave to expand the word limit for the NLRB's opening brief in these consolidated appeals. For the reasons set forth below, the NLRB requests that it be permitted to file an opening brief not to exceed 15,300 words.

Counsel for the NLRB sought the position of opposing counsel on the relief requested in this motion. Counsel for SpaceX indicated that they do not oppose. Counsel for Aunt Bertha indicated that they do not oppose. Counsel for Energy Transfer stated, "We are not opposed to the enlargement, assuming all parties get the same word count," and Counsel for the NLRB responded that it does not consent to Energy Transfer (or the other parties) receiving a word count extension because they are each getting their own separate brief, whereas the NLRB is getting only one brief to address all three cases.

1. Appellees in these consolidated appeals are entities that have obtained preliminary injunctions from various district courts within this Circuit prohibiting the NLRB from processing certain unfair-labor-practice cases involving Appellees. Those injunctions are premised on

rulings by each respective district court that the statutory removal protections for NLRB Board members or NLRB administrative law judges (or both) are likely unconstitutional.

2. The NLRB appealed each of the preliminary injunctions to this Court, and those appeals were docketed separately as case numbers 24-50627, 24-40533, and 24-10855.

3. On October 11, 2024, this Court granted the NLRB's opposed Motion to Consolidate case numbers 24-50627, 24-40533, and 24-10855. Dkt. 41 [No. 24-50627]. The NLRB's brief in the consolidated appeals is due October 28. *Id.*

4. An extension of the word limit is necessary in light of the complexity of the issues involved, as well as the distinct procedural histories of the consolidated cases before both the NLRB and each district court. The NLRB anticipates that it will be able to adequately address the issues in no more than 15,300 words, which is the type-volume limitation for the largest permissible brief in a cross-appeal. *See* Fed. R. App. P. 28.1(e)(2)(B)(i).

5. Counsel for SpaceX and Counsel for Aunt Bertha respectively informed counsel for the NLRB that this request is unopposed. Counsel

for Energy Transfer stated, "We are not opposed to the enlargement, assuming all parties get the same word count." The NLRB does not consent to Energy Transfer (or the other parties) receiving a word count extension because they are each getting their own separate brief, whereas the NLRB is getting only one brief to address all three cases.

          Respectfully submitted,

          KEVIN P. FLANAGAN
          *Deputy Assistant General Counsel*

          CHRISTINE FLACK
          *Supervisory Attorney*

          /s/ Matheus Teixeira
          MATHEUS TEIXEIRA
          *Attorney*
          National Labor Relations Board
          Contempt, Compliance and
            Special Litigation Branch
          1015 Half Street S.E., 4th Floor
          Washington, D.C. 20570
          Tel: 202-273-2959
          Email: matheus.teixeira@nlrb.gov

Dated October 18, 2024
at Washington, DC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was electronically filed through the court's e-filing system, which will distribute the document to counsel for all parties, on this 18th day of October, 2024.

/s/ Matheus Teixeira
MATHEUS TEIXEIRA
*Attorney*
National Labor Relations Board
Contempt, Compliance and
 Special Litigation Branch
1015 Half Street S.E., 4th Floor
Washington, D.C. 20570
Tel: 202-273-2959
Email: matheus.teixeira@nlrb.gov

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in 14-point Century, a proportionally spaced font, and that it complies with the type-volume limitations of rules 29(a)(5) and 32(a)(7)(B), because it contains 428 words, excluding the parts exempted by Rule 32(f), according to the count of Microsoft Word.

<u>/s/ Matheus Teixeira</u>
MATHEUS TEIXEIRA
*Attorney*
National Labor Relations Board
Contempt, Compliance and
  Special Litigation Branch
1015 Half Street S.E., 4th Floor
Washington, D.C. 20570
Tel: 202-273-2959
Email: matheus.teixeira@nlrb.gov
