# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 24, 2024
Lyle W. Cayce
Clerk

No. 24-50627

Space Exploration Technologies Corporation,

*Plaintiff—Appellee,*

versus

National Labor Relations Board; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as Board Member of the National Labor Relations Board*; John Doe, *Administrative Law Judge NLRB*,

*Defendants—Appellants,*

consolidated with

24-40533

Energy Transfer, L.P.; La Grange Acquisition, L.P.,

*Plaintiffs—Appellees,*

versus

No. 24-50627
c/w Nos. 24-10855, 24-40533

National Labor Relations Board; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in their official capacities as Board Members of the National Labor Relations Board*; Gwynne A. Wilcox, *in their official capacities as Board Members of the National Labor Relations Board*; David M. Prouty, *in their official capacities as Board Members of the National Labor Relations Board*; John Doe, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellants*,

consolidated with

———————

24-10855

———————

Aunt Bertha, *doing business as* Findhelp,

*Plaintiff—Appellee*,

*versus*

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren McFerran, *in her official capacity as the General Counsel of the National Labor Relations Board*; Marvin E. Kaplan; Gwynne A. Wilcox; David M. Prouty, *in their official capacities as Board Members of the National Labor Relations Board*; John Doe, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

No. 24-50627
c/w Nos. 24-10855, 24-40533

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-203

_____

ORDER:

IT IS ORDERED that Appellants' motion for leave to file brief in excess of the word count, but not to exceed 15,300 words, is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT