# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 24, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 24-50627   Space Exploration v. NLRB
Consolidated with 24-40533 and 24-10855
         USDC No. 6:24-CV-203
         USDC No. 4:24-CV-798
         USDC No. 3:24-CV-198
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. David Paul Boehm
Mr. Michael Samuel Dale
Ms. Catherine Lynn Eschbach
Ms. Christine Flack
Ms. Maxie Elena Gallardo Miller
Ms. Maxie E. Gallardo
Mr. Harry Isaac Johnson III
Mr. Michael E. Kenneally
Ms. Stefanie R. Moll
Mr. Talley Ray Parker
Ms. Grace L. Pezzella
Ms. Amber Michelle Rogers
Ms. Amanda Leigh Salz
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese