# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 07, 2024

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, DC 20036

No. 24-50627    Space Exploration Technologies Corporation
                v. NLRB
                USDC No. 6:24-CV-203
                USDC No. 4:24-CV-798
                USDC No. 3:24-CV-198

Dear Ms. Gorod,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
  Mr. David Paul Boehm
  Mr. Michael Samuel Dale
  Ms. Catherine Lynn Eschbach
  Ms. Christine Flack
  Ms. Maxie Elena Gallardo Miller
  Ms. Maxie E. Gallardo
  Mr. Harry Isaac Johnson III
  Mr. Michael E. Kenneally
  Mr. Talley Ray Parker
  Ms. Grace L. Pezzella
  Ms. Amber Michelle Rogers
  Mr. Matheus Teixeira
  Mr. Paul A. Thomas
  Mr. Tyler James Wiese