# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 04, 2024

Mr. David Paul Boehm
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

  No. 24-10855  Aunt Bertha v. NLRB
          USDC No. 4:24-CV-798
          USDC No. 3:24-CV-198
          USDC No. 6:24-CV-203

Dear Mr. Boehm,

We are taking no action on your brief, appendix, addendum, record excerpts because they were incorrectly filed in 24-10855. They must be refiled as soon as possible in the lead case 24-50627 and applied to 24-40533 and 24-10855.

Before refiling the documents please note the following.

The appendix and addendum should be combined and filed as an addendum because they exceed the 15 page limit. See FRAP32(b), 32(a)(1),(2),(3),(4), and 5th Cir.R. 32. An appendix is only filed in agency cases. The event is "addendum to brief filed".

The record excerpts must be filed as a separate event and cannot be attached to the brief entry.

Record References:  The citations to the record do not follow the format required.  Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court.  The use of "id" is not permitted when citing to the record on appeal.   See Fed. R. App. P. 28(a)(8)(A) and 5th Cir. R. 28.2.2. For consolidated appeals with more than one EROA record, parties will cite "ROA"
followed by a period, followed by the Fifth Circuit appellate case number of the record they reference, followed by a period, followed by the page of the record. For example,"ROA.13-12345.123."

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Mr. Michael Samuel Dale
    Ms. Catherine Lynn Eschbach
    Ms. Christine Flack
    Maxie Elena Gallardo Miller
    Ms. Maxie E. Gallardo
    Mr. Harry Isaac Johnson III
    Mr. Michael E. Kenneally
    Mr. Talley Ray Parker
    Ms. Grace L. Pezzella
    Ms. Amber Michelle Rogers
    Mr. Matheus Teixeira
    Mr. Paul A. Thomas
    Mr. Tyler James Wiese