# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 07, 2024

Mr. Andrew Lyubarsky
AFL-CIO
815 Black Lives Matter Plaza, N.W.
Washington, DC 20006

    No. 24-50627    Space Exploration Technologies Corporation
                             v. NLRB
                             USDC No. 6:24-CV-203
                             USDC No. 4:24-CV-798
                             USDC No. 3:24-CV-198

Dear Mr. Lyubarsky,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Melissa B. Courseault, Deputy Clerk
                                            504-310-7701

cc:
    Mr. David Paul Boehm
    Mr. Michael Samuel Dale
    Ms. Catherine Lynn Eschbach
    Ms. Christine Flack
    Ms. Maxie Elena Gallardo Miller
    Ms. Maxie E. Gallardo
    Ms. Brianne Jenna Gorod
    Mr. Harry Isaac Johnson III
    Mr. Michael E. Kenneally
    Mr. Talley Ray Parker
    Ms. Grace L. Pezzella
    Ms. Amber Michelle Rogers
    Mr. Matheus Teixeira
    Mr. Paul A. Thomas
    Mr. Tyler James Wiese