# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

Fifth Cir. Case NO. __24-40533__

__Energy Transfer L.P.__ vs. __National Labor Relations Board__
(Short Title)

The Clerk will enter my appearance as Counsel for __American Federation of Labor and Congress of Labor Organizations (AFL-CIO) and Office and Professional Employees International Union (OPEIU)__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ Andrew Lyubarsky__     __alyubarsky@aflcio.org__
(Signature)                    (e-mail address)

__Andrew Lyubarsky__          __5476387 - NY__
(Type or print name)          (State/Bar No.)

_____
(Title, if any)

__AFL-CIO__
(Firm or Organization)

Address __815 Black Lives Matter Plaza N.W.__

City & State __Washington, DC__     Zip __20006__

Primary Tel. __2022278969__   Cell Phone: _____   (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Andrew Lyubarsky__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
__n/a__

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case __Yes, (PI relief)__

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__Space Exploration Technologies Corp. v. NLRB, No. 24-40315; AMAZON.COM SERVICES LLC v. NLRB, No. 24-50761__

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE:** Attach sheet to give further details.      DKT-5A REVISED June 2023