# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 08, 2024

Mr. David Paul Boehm
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

    No. 24-50627 consolidated with 24-10855 and 24-40533
        Space Exploration Technologies Corporation
        v. NLRB
        USDC No. 6:24-CV-203
        USDC No. 4:24-CV-798
        USDC No. 3:24-CV-198

Dear Mr. Boehm,

No action is taken on the Appendix filed 11/5/24 as it should be combined with the addendum as requested in our letter of 11/4/24 and subsequent emails to date.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Melissa B. Courseault, Deputy Clerk
        504-310-7701

cc:
    Mr. Michael Samuel Dale
    Ms. Catherine Lynn Eschbach
    Ms. Christine Flack
    Ms. Maxie Elena Gallardo Miller
    Ms. Maxie E. Gallardo
    Ms. Brianne Jenna Gorod
    Mr. Harry Isaac Johnson III
    Mr. Michael E. Kenneally
    Mr. Andrew Lyubarsky

Mr. Talley Ray Parker
Ms. Grace L. Pezzella
Ms. Amber Michelle Rogers
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese