# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

November 11, 2024

Mr. David Paul Boehm
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

    No. 24-50627   Space Exploration Technologies Corporation
                            v. NLRB
                            USDC No. 6:24-CV-203
                            USDC No. 4:24-CV-798
                            USDC No. 3:24-CV-198

Dear Mr. Boehm,

You must submit the 7 paper copies of your addendum to the brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

cc:
    Mr. Michael Samuel Dale
    Ms. Catherine Lynn Eschbach
    Ms. Christine Flack
    Mr. Maxie Elena Gallardo Miller
    Ms. Maxie E. Gallardo
    Ms. Brianne Jenna Gorod
    Mr. Harry Isaac Johnson III
    Mr. Michael E. Kenneally
    Mr. Andrew Lyubarsky
    Mr. Talley Ray Parker
    Ms. Grace L. Pezzella
    Ms. Amber Michelle Rogers
    Mr. Matheus Teixeira
    Mr. Paul A. Thomas
    Mr. Tyler James Wiese