**Nos. 24-50627, 24-40533, 24-10855**

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

24-50627

Space Exploration Technologies Corporation,

*Plaintiff - Appellee,*

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren M. McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, Gwynne A. Wilcox, and David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants - Appellants*

consolidated with
_____

24-40533
_____

Energy Transfer, L.P.; La Grange Acquisition, L.P.,

*Plaintiffs-Appellees*

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren M. McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, Gwynne A. Wilcox, and David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants - Appellants*

consolidated with

_____

24-10855

_____

Aunt Bertha, doing business as Findhelp,

*Plaintiff - Appellee*

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren M. McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, Gwynne A. Wilcox, and David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants – Appellants*

_____

**LA GRANGE'S [CORRECTED] UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND MODIFY CONSOLIDATED BRIEFING SCHEDULE**

_____

    Amber M. Rogers
    Hunton Andrews Kurth LLP
    Fountain Place
    1445 Ross Avenue, Suite 3700
    Dallas, Texas 75202-2799
    Telephone: 214-979-3000
    *Counsel for Plaintiffs-Appellees*

November 20, 2024

In accordance with Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rules 27.4 and 31.4.3.1, Appellees Energy Transfer LP and its subsidiary and employing entity La Grange Acquisition, L.P. (collectively, "La Grange") respectfully move the Court for a 14-day extension of time to file their brief responding to Appellants' Brief (Dkt. 65-1), and further requests that the consolidated briefing schedule be modified as noted below:

1. The Court issued a briefing notice on August 26, 2024, which provided a deadline of October 7, 2024 for Appellants to submit their principal brief. Dkt. 8 at 1.

2. Appellants moved the Court for a 21-day extension of time to file their principal brief on September 30, 2024, explaining that "Appellants' counsel ha[d] numerous other litigation deadlines leading up to the existing October 7, 2024 briefing deadline, as well as other case exigencies that ha[d] interfered with Appellants' preparation of their brief." Dkt. 14 at 2. Appellants claimed in their motion that the seven-day extension La Grange proposed was "insufficient." *Id*.

3. The Court entered an order compromising between the parties' requests on October 2, 2024. Dkt. 31. The order provided that the deadline for Appellants' principal brief would be set for October 21, 2024, representing a 14-day extension from the original deadline. *Id*.

4. Appellants then submitted a motion to the Court on October 2, 2024, seeking to consolidate this appeal with two other cases pending before the Court involving similar issues regarding the constitutionality of the National Labor Relations Board's structure.[1] Dkt. 34. Appellants' motion also requested that the Court set all three of the cases to be consolidated for a briefing schedule that would require Appellants to submit their principal brief by October 28, 2024. *Id*. at 5.

5. The Court granted Appellants' motion to consolidate on October 11, 2024. Dkt. 41-1 at 2. The Court's order set the deadline for Appellants' brief for October 28, 2024, resulting in Appellants receiving the 21-day extension they originally requested. *Id*. The order set the deadline for each of the consolidated Appellees' briefs for November 27, 2024. *Id*.

6. La Grange's unopposed request for a Level 1 extension under Fifth Circuit Rule 31.4.3.1 is necessary, and good cause for such extension exists, because La Grange's counsel has substantial concurrent responsibilities in separate matters leading up to the existing November 27, 2024 briefing deadline, including a significant briefing deadline in litigation before the Court of Appeals for the District of Columbia Circuit (*Oncor v. NLRB*, case nos. 24-1277 and 24-1281) also on November 27. Additionally, undersigned counsel has recently experienced

---

[1] The referenced cases are Case No. 24-10855, involving Aunt Bertha, and Case No. 24-50627, involving Space Exploration Technologies Corp. ("SpaceX").

unexpected health-related issues and several appointments (some lasting an entire workday) that have interfered with the preparation of La Grange's brief. Due to these exigencies and concurrent responsibilities, it will not be possible for La Grange's counsel to exercise the required due diligence to prepare and submit its brief on or before the November 27, 2024 deadline.

7. La Grange, therefore, respectfully requests an extension of time to file its brief of 14 days to December 11, 2024. Likewise, La Grange respectfully requests that the briefing deadlines applicable to the consolidated Appellees, Aunt Bertha and SpaceX, be extended 14 days to maintain consistency of the consolidated briefing schedule. La Grange further requests that the deadline for a reply brief be extended to January 17, 2025. Counsel for all parties have agreed to this modified, consolidated briefing schedule.

8. La Grange seeks an extension of time to file its brief in the interest of justice and for good cause, not for the purposes of delay. No party will be prejudiced if the requested extension is granted. La Grange's requested extension is shorter than the duration of the extension this Court previously granted Appellants to file their brief.

9. Undersigned counsel has notified counsel for Appellants, Aunt Bertha, and SpaceX of La Grange's intention to file the instant motion. None of the parties object to the requested relief.

For the foregoing reasons, La Grange respectfully requests that the Court enter an order extending the deadline for La Grange, Aunt Bertha, and SpaceX to submit their response briefs by 14 days, resulting in an updated deadline of December 11, 2024; and that the reply brief deadline be extended to January 17, 2025. Consistent with the Court's October 11, 2024 consolidation order, the parties jointly request that the matter remain expedited to the next available regular oral argument panel after completion of briefing.

        Respectfully submitted,

        s/ *Amber M. Rogers*
        Amber M. Rogers
        HUNTON ANDREWS KURTH LLP
        TX State Bar No. 24056224
        arogers@huntonak.com
        Fountain Place
        1445 Ross Avenue, Suite 3700
        Dallas, Texas 75202-2799
        Telephone: 214-979-3000

        Counsel for Energy Transfer, L.P. and La Grange Acquisition, L.P.

AGREED AS TO FORM:

s/ *Paul A. Thomas*
Jennifer A. Abruzzo
Peter Sung Ohr
Christine Flack
Michael Dale
Nancy E. Kessler Platt
Dawn L. Goldstein

Kevin P. Flanagan
Paul A. Thomas
David P. Boehm
Grace L. Pezzella
Tyler James Wiese
Matheus Teixeira
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, S.E., 4th Floor
Washington, D.C. 20570
Telephone: 202-273-4202

s/ Talley Ray Parker
Talley Ray Parker
JACKSON LEWIS, P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201

Counsel for Aunt Bertha, doing Business as Findhelp

s/ Catherine Lynn Eschbach
Catherine Lynn Eschbach
Harry Isaac Johnson, III
Michael E. Kenneally
Stephanie R Moll
MORGAN, LEWIS & BOCKIUS, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002

Counsel for Space Exploration Technologies Corporation

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitations of Rule 27(d)(2)(A) because it contains 756 words, excluding the parts exempted by Rule 32(f), according to the count of Microsoft Word.

*s/ Amber M. Rogers*
Amber M. Rogers
*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for SpaceX, Aunt Bertha, and Appellants on November 20 and November 22, 2024 regarding the contents of this Motion. Counsel represented that they are not opposed to the relief sought in this Motion. Counsel for Appellants represented that they oppose the relief sought in this Motion.

*s/ Amber M. Rogers*
Amber M. Rogers
*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, I electronically filed this brief with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system. I further certify that Counsel for Appellants have been served by email at the addresses listed below:

| | |
|---|---|
| Tyler Wiese Tyler.wiese@nlrb.gov | David Boehm David.boehm@nlrb.gov |
| Michael Dale Michael.dale@nlrb.gov | Grace Pezzella Grace.pezzella@nlrb.gov |
| Christine Flack, Christine.flack@nlrb.gov | Paul Thomas Paul.thomas@nlrb.gov |

*s/ Amber M. Rogers*
Amber M. Rogers
*Counsel for Plaintiffs-Appellees*