# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 22, 2024
Lyle W. Cayce
Clerk

No. 24-50627

Space Exploration Technologies Corporation,

*Plaintiff—Appellee,*

*versus*

National Labor Relations Board; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as Board Member of the National Labor Relations Board*; John Doe, *Administrative Law Judge NLRB*,

*Defendants—Appellants,*

consolidated with

24-40533

No. 24-50627
c/w Nos. 24-10855, 24-40533

Energy Transfer, L.P.; La Grange Acquisition, L.P.,

*Plaintiffs—Appellees,*

*versus*

National Labor Relations Board; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in their official capacities as Board Members of the National Labor Relations Board*; Gwynne A. Wilcox, *in their official capacities as Board Members of the National Labor Relations Board*; David M. Prouty, *in their official capacities as Board Members of the National Labor Relations Board*; John Doe, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellants,*

consolidated with

_____

24-10855

_____

Aunt Bertha, *doing business as* Findhelp,

*Plaintiff—Appellee,*

No. 24-50627
c/w Nos. 24-10855, 24-40533

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN MCFERRAN, *in her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN E. KAPLAN; GWYNNE A. WILCOX; DAVID M. PROUTY, *in their official capacities as Board Members of the National Labor Relations Board*; JOHN DOE, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

                              Defendants—Appellants.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:24-CV-198
USDC No. 4:24-CV-798
USDC No. 6:24-CV-203

---

IT IS ORDERED that the unopposed joint motion of the parties for an extension of 14 days, or to, and including, December 11, 2024, to file the brief of appellees is GRANTED.

IT IS FURTHER ORDERED that the unopposed joint motion of the parties for an extension of 30 days, or to, and including, January 18, 2025, to file the reply brief of appellants is GRANTED.

No. 24-50627
c/w Nos. 24-10855, 24-40533

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT