# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 24-40533   Energy Transfer, L.P. v. NLRB
               USDC No. 3:24-CV-198
               USDC No. 4:24-CV-798
               USDC No. 6:24-CV-203
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. David Paul Boehm
Mr. Michael Samuel Dale
Mr. Philip Devlin
Ms. Catherine Lynn Eschbach
Ms. Christine Flack
Maxie Elena Gallardo Miller
Ms. Maxie E. Gallardo
Ms. Brianne Jenna Gorod
Mr. Harry Isaac Johnson III
Mr. Michael E. Kenneally
Ms. Jane Lauer Barker
Mr. Andrew Lyubarsky
Ms. Karen S. Mitchell
Mr. Talley Ray Parker
Ms. Grace L. Pezzella
Ms. Amber Michelle Rogers
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese