# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 11, 2024

Mr. James Keenan Judge
Hunton Andrews Kurth, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 3700
Dallas, TX 75202

Ms. Amber Michelle Rogers
Hunton Andrews Kurth, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 3700
Dallas, TX 75202

No. 24-40533   Energy Transfer, L.P. v. NLRB
               USDC No. 3:24-CV-198

Dear Mr. Judge, Ms. Rogers,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca Andry, Deputy Clerk
504-310-7806

cc:
    Mr. David Paul Boehm
    Mr. Michael Samuel Dale
    Ms. Catherine Lynn Eschbach
    Ms. Christine Flack
    Ms. Maxie E. Gallardo
    Ms. Brianne Jenna Gorod

Mr. Harry Isaac Johnson III
Mr. Michael E. Kenneally
Ms. Jane Lauer Barker
Mr. Andrew Lyubarsky
Ms. Grace L. Pezzella
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese