# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 13, 2024

Mr. Michael E. Kenneally
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, N.W.
Suite 411
Washington, DC 20004

    No. 24-50627 consolidated with 24-10855 and 24-40533
    Space Exploration Technologies Corporation v. NLRB
            USDC No. 6:24-CV-203
            USDC No. 4:24-CV-798
            USDC No. 3:24-CV-198

Dear Mr. Kenneally,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Melissa B. Courseault, Deputy Clerk
        504-310-7701

cc:
    Mr. David Paul Boehm
    Mr. Michael Samuel Dale
    Ms. Catherine Lynn Eschbach
    Ms. Christine Flack
    Ms. Maxie Elena Gallardo Miller
    Ms. Maxie E. Gallardo
    Ms. Brianne Jenna Gorod
    Mr. Harry Isaac Johnson III
    Mr. James Keenan Judge
    Ms. Jane Lauer Barker
    Mr. Andrew Lyubarsky
    Mr. Talley Ray Parker
    Ms. Grace L. Pezzella

Ms. Amber Michelle Rogers
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese