# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 18, 2024

Mr. Alexander Thomas MacDonald
Littler Mendelson, P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006

   No. 24-50627 cons. w/ No. 24-40533 and No. 24-10855
         Energy Transfer, L.P. v. NLRB

Dear Mr. MacDonald,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christy Combel*
                              By: _____
                              Christy M. Combel, Deputy Clerk
                              504-310-7651

cc:
   Mr. David Paul Boehm
   Mr. Michael Samuel Dale
   Ms. Catherine Lynn Eschbach
   Ms. Christine Flack
   Ms. Maxie Elena Gallardo Miller
   Ms. Maxie E. Gallardo
   Ms. Brianne Jenna Gorod

```
Mr. Harry Isaac Johnson III
Mr. James Keenan Judge
Mr. Michael E. Kenneally
Ms. Jane Lauer Barker
Mr. Andrew Lyubarsky
Mr. Talley Ray Parker
Ms. Grace L. Pezzella
Ms. Amber Michelle Rogers
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese
```