# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2024

Ms. Virginia Nicole Adamson
Office of the Attorney General
for the State of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

    No. 24-50627   Space Exploration Technologies Corporation
                             v. NLRB
    Consolidated with 24-10855 and 24-40533
             USDC No. 6:24-CV-203
             USDC No. 4:24-CV-798
             USDC No. 3:24-CV-198

Dear Ms. Adamson,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa B. Courseault, Deputy Clerk
                        504-310-7701

cc:
    Mr. David Paul Boehm
    Mr. Michael Samuel Dale
    Ms. Catherine Lynn Eschbach
    Ms. Christine Flack
    Ms. Maxie Elena Gallardo Miller
    Ms. Maxie E. Gallardo
    Ms. Brianne Jenna Gorod
    Mr. Harry Isaac Johnson III
    Mr. James Keenan Judge
    Mr. Michael E. Kenneally
    Ms. Jane Lauer Barker
    Mr. Andrew Lyubarsky

Mr. Alexander Thomas MacDonald
Mr. Talley Ray Parker
Ms. Grace L. Pezzella
Ms. Amber Michelle Rogers
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese