# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2024

Mr. Steven Engel
Dechert, L.L.P.
1900 K Street, N.W.
Washington, DC 20006

    No. 24-50627    Space Exploration v. NLRB
                         USDC No. 6:24-CV-203
                         USDC No. 4:24-CV-798
                         USDC No. 3:24-CV-198

Dear Mr. Engel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Melissa B. Courseault, Deputy Clerk
                         504-310-7701

cc:
    Ms. Virginia Nicole Adamson
    Mr. David Paul Boehm
    Mr. Michael Samuel Dale
    Ms. Catherine Lynn Eschbach
    Ms. Christine Flack
    Ms. Maxie Elena Gallardo Miller
    Ms. Maxie E. Gallardo
    Ms. Brianne Jenna Gorod
    Mr. Harry Isaac Johnson III
    Mr. James Keenan Judge
    Mr. Michael E. Kenneally
    Ms. Jane Lauer Barker
    Mr. Andrew Lyubarsky
    Mr. Alexander Thomas MacDonald
    Mr. Talley Ray Parker

Ms. Grace L. Pezzella
Ms. Amber Michelle Rogers
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese