Nos. 24-50627, 24-40533, 24-10855

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

SPACE EXPLORATION TECHNOLOGIES CORP.,

*Plaintiff-Appellee,*

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants*

consolidated with

ENERGY TRANSFER L.P. and its subsidiary and employing entity LA GRANGE ACQUISITION, L.P.,

*Plaintiff-Appellee,*

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants*

consolidated with

AUNT BERTHA, doing business as FINDHELP,

*Plaintiff-Appellee,*

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants.*

**APPELLANTS' MOTION FOR EXTRA-LENGTH REPLY BRIEF**

# CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required, as respondent is a governmental party. 5th Cir. R. 28.2.1.

Appellants National Labor Relations Board and various official-capacity officers (collectively, NLRB) respectfully move for leave to expand the word limit for the NLRB's reply brief in these consolidated appeals. For the reasons set forth below, the NLRB requests that it be permitted to file a reply brief not to exceed 9,000 words.

Counsel for the NLRB sought the position of opposing counsel on the relief requested in this motion. Counsel for Aunt Bertha indicated that they do not oppose. Counsel for SpaceX and Energy Transfer were unopposed on the condition that the NLRB would not oppose a request for Appellees to receive 30 minutes of oral argument time, a condition to which the NLRB agrees to so long as it receives equal argument time to that collectively allocated to all Appellees.

1. Appellees in these consolidated appeals are entities that have obtained preliminary injunctions from various district courts within this Circuit prohibiting the NLRB from processing certain unfair-labor-practice cases involving Appellees. Those injunctions are premised on rulings by each respective district court that the statutory removal protections for NLRB Board members or NLRB administrative law judges (or both) are likely unconstitutional.

2. The NLRB appealed each of the preliminary injunctions to this Court, and those appeals were docketed separately as case numbers 24-50627, 24-40533, and 24-10855.

3. On October 11, 2024, this Court granted the NLRB's opposed Motion to Consolidate case numbers 24-50627, 24-40533, and 24-10855. Dkt. 41 [No. 24-50627].

4. On October 24, 2025, this Court granted the NLRB's motion to file a principal brief of no more than 15,300 words, but the NLRB ultimately did not require the word-limit extension and was able to submit a brief complying with the standard limit. Dkt. 55 [No. 24-50627].

5. Each Appellee has filed an answering brief and numerous amici have submitted briefs to this Court in support of Appellees.

6. The NLRB's reply brief in the consolidated appeals is now due January 21, 2025. As of the date of this Motion, the NLRB was still attempting to ascertain the positions of the parties on this request for relief.

7. An extension of the 6,500 word limit is necessary in light of the complexity of the issues involved, as well as the distinct procedural

histories of the consolidated cases before both the NLRB and each district court as well as arguments presented by amici. The NLRB believes it can adequately present its reply arguments in 9,000 words.

                              Respectfully submitted,

                              KEVIN P. FLANAGAN
                              *Deputy Assistant General Counsel*

                              /s/ David P. Boehm
                              DAVID P. BOEHM
                              *Attorney*
                              National Labor Relations Board
                              Contempt, Compliance and
                                 Special Litigation Branch
                              1015 Half Street S.E., 4th Floor
                              Washington, D.C. 20570
                              Tel: 202-273-4202
                              Email: david.boehm@nlrb.gov

Dated January 13, 2025
At Washington, DC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was electronically filed through the court's e-filing system, which will distribute the document to counsel for all parties, on this 13th day of January, 2025.

/s/ David P. Boehm
DAVID P. BOEHM
*Attorney*
National Labor Relations Board
Contempt, Compliance and
  Special Litigation Branch
1015 Half Street S.E., 4th Floor
Washington, D.C. 20570
Tel: 202-273-4202
Email: david.boehm@nlrb.gov

# CERTIFICATE OF COMPLIANCE

I certify that this brief complies with Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in 14-point Century, a proportionally spaced font, and that it complies with the type-volume limitations of rules 29(a)(5) and 32(a)(7)(B), because it contains 408 words, excluding the parts exempted by Rule 32(f), according to the count of Microsoft Word.

/s/ David P. Boehm
<u>                          </u>
DAVID P. BOEHM
*Attorney*
National Labor Relations Board
Contempt, Compliance and
  Special Litigation Branch
1015 Half Street S.E., 4th Floor
Washington, D.C. 20570
Tel: 202-273-4202
Email: david.boehm@nlrb.gov