# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
                    No  24-50627
            cons/ w/ Nos. 24-40533 and 24-10855
                  USDC No. 3:24-CV-198
                  USDC No. 4:24-CV-798
                  USDC No. 6:24-CV-203
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Ms. Virginia Nicole Adamson
Mr. David Paul Boehm
Mr. Trevor Stephen Cox
Mr. Michael Samuel Dale
Mr. Philip Devlin
Mr. Steven Engel
Ms. Catherine Lynn Eschbach
Ms. Christine Flack
Maxie Elena Gallardo Miller
Ms. Maxie E. Gallardo
Ms. Brianne Jenna Gorod
Mr. Philip Hammersley
Ms. Whitney D. Hermandorfer
Mr. Harry Isaac Johnson III
Mr. James Keenan Judge
Mr. David A. Kelly
Mr. Michael E. Kenneally
Mr. Brian Kulp
Ms. Jane Lauer Barker
Mr. Andrew Lyubarsky
Mr. Alexander Thomas MacDonald
Mr. Michael H. McGinley
Ms. Karen S. Mitchell
Mr. Nathan Ochsner
Mr. Talley Ray Parker

Ms. Grace L. Pezzella
Mr. James Matthew Rice
Ms. Amber Michelle Rogers
Mr. Matheus Teixeira
Mr. Paul A. Thomas
Mr. Tyler James Wiese