# United States Court of Appeals for the Fifth Circuit

---

No. 24-50627

---

United States Court of Appeals
Fifth Circuit

**FILED**

January 17, 2025

Lyle W. Cayce
Clerk

SPACE EXPLORATION TECHNOLOGIES CORPORATION,

*Plaintiff—Appellee,*

*versus*

NATIONAL LABOR RELATIONS BOARD; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN MCFERRAN, *in her official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in his official capacity as Board Member of the National Labor Relations Board*; GWYNNE A. WILCOX, *in her official capacity as Board Member of the National Labor Relations Board*; DAVID M. PROUTY, *in his official capacity as Board Member of the National Labor Relations Board*; JOHN DOE, *Administrative Law Judge NLRB,*

*Defendants—Appellants,*

---

CONSOLIDATED WITH

---

24-40533

---

ENERGY TRANSFER, L.P.; LA GRANGE ACQUISITION, L.P.,

*Plaintiffs—Appellees,*

*versus*

No. 24-50627
c/w Nos. 24-10855, 24-40533

NATIONAL LABOR RELATIONS BOARD; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN M. MCFERRAN, *in her official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in their official capacities as Board Members of the National Labor Relations Board*; GWYNNE A. WILCOX, *in their official capacities as Board Members of the National Labor Relations Board*; DAVID M. PROUTY, *in their official capacities as Board Members of the National Labor Relations Board*; JOHN DOE, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellants,*

CONSOLIDATED WITH

————————

24-10855

————————

AUNT BERTHA, *doing business as* FINDHELP,

*Plaintiff—Appellee,*

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN MCFERRAN, *in her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN E. KAPLAN; GWYNNE A. WILCOX; DAVID M. PROUTY, *in their official capacities as Board Members of the National Labor Relations Board*; JOHN DOE, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

No. 24-50627
c/w Nos. 24-10855, 24-40533

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-203
USDC No. 4:24-CV-798
USDC No. 3:24-CV-198

---

ORDER:

IT IS ORDERED that Appellants' unopposed motion to file a reply brief in excess of the word count, but not to exceed 9,000 words, is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT