# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 24-50627    Space Exploration v. NLRB
                USDC No. 6:24-CV-203
                USDC No. 4:24-CV-798
                USDC No. 3:24-CV-198
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635

```
Ms. Virginia Nicole Adamson
Mr. David Paul Boehm
Mr. Trevor Stephen Cox
Mr. Michael Samuel Dale
Mr. Steven Engel
Ms. Catherine Lynn Eschbach
Ms. Christine Flack
Maxie Elena Gallardo Miller
Ms. Maxie E. Gallardo
Ms. Brianne Jenna Gorod
Mr. Philip Hammersley
Ms. Whitney D. Hermandorfer
Mr. Harry Isaac Johnson III
Mr. James Keenan Judge
Mr. David A. Kelly
Mr. Michael E. Kenneally
Mr. Brian Kulp
Ms. Jane Lauer Barker
Mr. Andrew Lyubarsky
Mr. Alexander Thomas MacDonald
Mr. Michael H. McGinley
Mr. Talley Ray Parker
Ms. Grace L. Pezzella
Mr. James Matthew Rice
Ms. Amber Michelle Rogers
Mr. Matheus Teixeira
```

Mr. Paul A. Thomas
Mr. Tyler James Wiese