

**United States Government**
**NATIONAL LABOR RELATIONS BOARD**
**Office of the General Counsel**

WASHINGTON, D.C. 20570

February 3, 2025

**BY CM/ECF TO ALL PARTIES**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

      RE:   *Space Exploration Technologies Corp. v. NLRB*,
               Consolidated Case No. 24-50627, et al.

Dear Mr. Cayce:

     We write to inform the court of relevant factual developments in these consolidated cases. Last week, the President removed Gwynne A. Wilcox from her position as Member of the National Labor Relations Board. The attached letter from the President communicating the removal states that Board members may be removed "with or without statutory cause," notwithstanding the limits set forth in Section 3(a) of the National Labor Relations Act.

     In addition to its effect on former Member Wilcox's personal participation in Board decisionmaking, this removal also had the effect of causing the number of sitting Board Members to fall from three to two. *See* https://www.nlrb.gov/about-nlrb/who-we-are/the-board (last visited Feb. 3, 2025). Pursuant to Section 3(b) of the Act, the Board now lacks a quorum of members to review ALJ-recommended findings and orders in the underlying unfair-labor-practice proceedings at issue in these consolidated cases.

     The Court should also be made aware that the NLRB has a newly appointed Acting General Counsel. *See* https://www.nlrb.gov/news-outreach/news-story/president-trump-appoints-willam-b-cowen-acting-general-counsel-of-the (last visited Feb. 3, 2025). In light of these executive actions, Board counsel is not in a position to address the Board-member-removability arguments raised in the government's briefs. For purposes of oral argument, therefore, counsel for the NLRB will limit his presentation on this issue to the other grounds briefed as

Lyle W. Cayce
February 3, 2025
Page 2

warranting reversal of the injunctions below, i.e. lack of subject-matter jurisdiction by effect of the Norris-LaGuardia Act, lack of causal harm, lack of irreparable harm, and balancing of the equities.

    Respectfully submitted,

    Nancy E. Kessler Platt
    *Associate General Counsel*

    Dawn L. Goldstein
    *Deputy Associate General Counsel*

    Kevin P. Flanagan
    *Deputy Assistant General Counsel*

    Paul A. Thomas
    *Supervisory Attorney*

    /s/ David P. Boehm
    David P. Boehm
    *Trial Attorney*
    Tel: (202) 273-4202
    Fax: (202) 273-4244
    National Labor Relations Board
    Contempt, Compliance, and Special Litigation Branch
    1015 Half Street, SE, 4th Floor
    Washington, D.C. 20570

Attachment