# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 5, 2025
Lyle W. Cayce
Clerk

No. 24-50627

---

Space Exploration Technologies Corporation,

*Plaintiff—Appellee*,

*versus*

National Labor Relations Board; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as Board Member of the National Labor Relations Board*; John Doe, *Administrative Law Judge NLRB*,

*Defendants—Appellants*,

**CONSOLIDATED WITH**

---

24-40533

_____

Energy Transfer, L.P.; La Grange Acquisition, L.P.,

*Plaintiffs—Appellees*,

*versus*

National Labor Relations Board; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in their official capacities as Board Members of the National Labor Relations Board*; Gwynne A. Wilcox, *in their official capacities as Board Members of the National Labor Relations Board*; David M. Prouty, *in their official capacities as Board Members of the National Labor Relations Board*; John Doe, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellants*,

consolidated with
_____

24-10855
_____

No. 24-50627
c/w Nos. 24-10855, 24-40533

AUNT BERTHA, *doing business as* FINDHELP,

*Plaintiff—Appellee,*

*versus*

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN MCFERRAN, *in her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN E. KAPLAN; GWYNNE A. WILCOX; DAVID M. PROUTY, *in their official capacities as Board Members of the National Labor Relations Board*; JOHN DOE, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-203
USDC No. 4:24-CV-798
USDC No. 3:24-CV-198
_____

ORDER:

IT IS ORDERED that the opposed renewed motion of The Office and Professional Employees International Union to intervene on behalf of Defendants-Appellants in case 24-10855 is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT