

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL

Washington, D.C. 20570

March 5, 2025

<u>VIA CM/ECF</u>
Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

        Re:    *Space Exploration v. NLRB*, No. 24-50627
                  *Energy Transfer, L.P. v. NLRB*, No. 24-40533
                  *Aunt Bertha v. NLRB*, No. 24-10855
                  (consolidated and argued Feb. 5, 2025)
                  <u>Panel: Circuit Judges Wiener, Willett, and Duncan</u>

Dear Mr. Cayce:

      Appellants in these consolidated appeals (collectively, "NLRB") respectfully notify the Court that the NLRB is modifying its position with respect to the constitutionality of removal restrictions for NLRB administrative law judges (ALJs) and Board members. *See* Appellants' Br. 38–48; Appellants' Reply 24–32. The NLRB is no longer relying on its previous argument that the multiple layers of removal restrictions for ALJs in 5 U.S.C. § 7521 comport with the separation of powers and Article II of the United States Constitution. In addition, the NLRB is no longer relying on its previous argument that the statutory tenure protections for Board members are constitutional. These modifications are consistent with the position of the Acting Solicitor General, as set forth in the attached letters. *See* Letter from Sarah M. Harris, Acting Solicitor General, to the Honorable Mike Johnson, Speaker of the United States House of Representatives (Feb. 20, 2025), https://www.justice.gov/oip/media/1390336/dl?inline; Letter from Sarah M. Harris, Acting Solicitor General, to the Honorable Mike Johnson, Speaker of the United States House of Representatives (Feb. 12, 2025), https://www.justice.gov/oip/media/1389526/dl?inline.

Lyle W. Cayce
March 5, 2025
Page 2

      The NLRB maintains its positions with respect to its remaining arguments. *See* Appellants' Br. 1–38, 49–66; Appellants' Reply 1–24, 33–43.

Respectfully submitted,

William B. Cowen
*Acting General Counsel*

Stephanie Cahn
*Acting Deputy General Counsel*

Nancy E. Kessler Platt
*Associate General Counsel*
*Division of Legal Counsel*

Dawn L. Goldstein
*Deputy Associate General Counsel*
*Division of Legal Counsel*

/s/ Kevin P. Flanagan
Kevin P. Flanagan
*Deputy Assistant General Counsel*
Tel: (202) 273-2938
Facsimile: (202) 273-4244
Email: Kevin.Flanagan@nlrb.gov

National Labor Relations Board
*Contempt, Compliance, and Special Litigation Branch*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20570

Dated: March 5, 2025

cc: all counsel (via CM/ECF)

Lyle W. Cayce
March 5, 2025
Page 3

## CERTIFICATE OF COMPLIANCE AND SERVICE

This letter complies with the type-volume limit of Federal Rule of Appellate Procedure 28(j) because it contains 199 words.

I hereby certify that on March 5, 2025, I electronically filed the foregoing letter with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

/s/ Kevin P. Flanagan
Kevin P. Flanagan