# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 20, 2025

Mr. David Paul Boehm
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

Mr. Trevor Stephen Cox
Hunton Andrews Kurth, L.L.P.
951 E. Byrd Street
Riverfront Plaza E. Tower
Richmond, VA 23219-4074

Mr. Michael Samuel Dale
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
Washington, DC 20003

Ms. Catherine Lynn Eschbach
Morgan, Lewis & Bockius, L.L.P.
1000 Louisiana Street
Suite 4000
Houston, TX 77002-5006

Ms. Christine Flack
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003

Mr. Kevin Patrick Flanagan
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
Washington, DC 20003

Maxie Elena Gallardo Miller
National Labor Relations Board

Region 16
819 Taylor Street
Room 8A24
Fort Worth, TX 76102-6178


Ms. Maxie E. Gallardo
National Labor Relations Board
Region 16
819 Taylor Street
Suite 8A24
Fort Worth, TX 76102-6178


Mr. Harry Isaac Johnson III
Morgan, Lewis & Bockius, L.L.P.
2049 Century Park, E.
Suite 700
Los Angeles, CA 90067


Mr. James Keenan Judge
Hunton Andrews Kurth, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 3700
Dallas, TX 75202


Mr. David A. Kelly
Jackson Lewis P.C.
11790 Sunrise Valley Drive
Suite 400
Reston, VA 20191


Mr. Michael E. Kenneally
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, N.W.
Suite 411
Washington, DC 20004


Mr. Talley Ray Parker
Jackson Lewis, P.C.
500 N. Akard Street
Suite 2500
Dallas, TX 75201


Ms. Grace L. Pezzella
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
4th Floor
Washington, DC 20003


Ms. Amber Michelle Rogers

Hunton Andrews Kurth, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 3700
Dallas, TX 75202

Mr. Matheus Teixeira
National Labor Relations Board
1015 Half Street, S.E.
Washington, DC 20003

Mr. Paul A. Thomas
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
Room 4022
Washington, DC 20003

Mr. Tyler James Wiese
National Labor Relations Board
Contempt, Compliance, & Special Litigation Branch
1015 Half Street, S.E.
Washington, DC 20003

    No. 24-50627   Space Exploration v. NLRB
    Consolidated with 24-40533 and 24-10855
        USDC No. 6:24-CV-203
        USDC No. 4:24-CV-798
        USDC No. 3:24-CV-198

Dear Counsel:

On March 20, 2025, Intervenor Office and Professional Employees International Union filed a motion to dismiss the instant case as moot and vacate the lower court order granting a temporary injunction.

The parties are directed to file response briefs addressing the mootness argument and its impact, if any, on this appeal.

The response briefs should be no longer than ten pages and filed contemporaneously, no later than 5:00 p.m. on Wednesday, March 26, 2025.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Melissa B. Courseault, Deputy Clerk
        504-310-7701