**Catherine Eschbach**
Associate
+1.713.890.5719
catherine.eschbach@morganlewis.com

March 20, 2025

**VIA CM/ECF**

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130

Re:   *Space Exploration v. NLRB*, No. 24-50627
        (Consolidated with Cause Nos. 24-40533 and 24-10855)

Dear Mr. Cayce:

On behalf of Appellee Space Exploration Technologies Corp. ("SpaceX"), I write to inform the Court that I will depart Morgan, Lewis & Bockius LLP. I respectfully request the Court to permit my withdrawal from this case. Harry I. Johnson, III and Micheal E. Kenneally will continue to represent SpaceX. My withdrawal will therefore have no effect on SpaceX's representation and will not prejudice any party or cause any delay.

Respectfully submitted,

*s/ Catherine Eschbach*
Catherine Eschbach

c:  All Counsel of Record

# CERTIFICATE OF SERVICE

I certify that on March 20, 2025, I electronically filed this letter with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: March 20, 2025
*s/ Catherine Eschbach*
Catherine Eschbach