Nos. 24-50627, 24-40533, 24-10855

(Argument held February 5, 2025)

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Space Exploration Technologies Corp.,

*Plaintiff-Appellee*

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Marvin Kaplan, in his official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, in his official capacity as Board Member of the National Labor Relations Board; Gwynne A. Wilcox, in her official capacity as Board Member of the National Labor Relations Board; David M. Prouty, in his official capacity as Board Member of the National Labor Relations Board; John Doe, Administrative Law Judge NLRB,

*Defendants-Appellants*

consolidated with

Energy Transfer L.P. and its subsidiary and employing entity La Grange Acquisition, L.P.,

*Plaintiff-Appellee*

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Marvin Kaplan, in his official capacity as the Chairman of the National

Labor Relations Board; Marvin E. Kaplan, in their official capacities as Board Members of the National Labor Relations Board; Gwynne A. Wilcox, in their official capacities as Board Members of the National Labor Relations Board; David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants*

consolidated with

Aunt Bertha, doing business as Findhelp,

*Plaintiff - Appellee*

v.

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Marvin Kaplan, in his official capacity as the General Counsel of the National Labor Relations Board; Marvin E. Kaplan; Gwynne A. Wilcox; David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants - Appellants*

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE

On October 18, 2024, I entered an appearance on behalf of the Defendants-Appellants, National Labor Relations Board et al (NLRB). I now wish to withdraw my appearance because I am leaving the NLRB.

2

The NLRB will continue to be represented in this case by the attorneys who have noticed their appearances on the docket. This motion is pursuant to Fifth Circuit Rule 27.1.10 and Federal Rule of Appellate Procedure 27.

Dated: April 16, 2025					Respectfully submitted,

/s/ Christine Flack
Christine Flack
*Supervisory Attorney*
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov

## CERTIFICATE OF SERVICE

I certify that on April 16, 2025, I filed the foregoing document with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.

/s/ Christine Flack
Christine Flack
*Supervisory Attorney*
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov

# **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing Motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 70 words. It further complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) and Fifth Circuit Rules 27 and 32 because it was prepared using Microsoft® Word for Microsoft 365 MSO, in 14-point Century Schoolbook font.

/s/ Christine Flack
Christine Flack
*Supervisory Attorney*
(No official bar number in Maryland)
Tel: (202) 273-2842
Fax: (202) 273-4244
christine.flack@nlrb.gov