# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 22, 2025
Lyle W. Cayce
Clerk

No. 24-50627

SPACE EXPLORATION TECHNOLOGIES CORPORATION,

*Plaintiff—Appellee,*

versus

NATIONAL LABOR RELATIONS BOARD; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN KAPLAN, *in his official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in his official capacity as Board Member of the National Labor Relations Board*; GWYNNE A. WILCOX, *in her official capacity as Board Member of the National Labor Relations Board*; DAVID M. PROUTY, *in his official capacity as Board Member of the National Labor Relations Board*; JOHN DOE, *Administrative Law Judge NLRB*,

*Defendants—Appellants,*

CONSOLIDATED WITH

24-40533

ENERGY TRANSFER, L.P.; LA GRANGE ACQUISITION, L.P.,

*Plaintiffs—Appellees,*

versus

No. 24-50627
c/w Nos. 24-10855, 24-40533

NATIONAL LABOR RELATIONS BOARD; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN KAPLAN, *in his official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in their official capacities as Board Members of the National Labor Relations Board*; GWYNNE A. WILCOX, *in their official capacities as Board Members of the National Labor Relations Board*; DAVID M. PROUTY, *in their official capacities as Board Members of the National Labor Relations Board*; JOHN DOE, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellants*,

CONSOLIDATED WITH

───────────

24-10855

───────────

AUNT BERTHA, *doing business as* FINDHELP,

*Plaintiff—Appellee*,

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; MARVIN KAPLAN, *in his official capacity as the General Counsel of the National Labor Relations Board*; MARVIN E. KAPLAN; GWYNNE A. WILCOX; DAVID M. PROUTY, *in their official capacities as Board Members of the National Labor Relations Board*; JOHN DOE, *in their official capacity as an Administrative Law Judge of the National Labor Relations Board*,

2

No. 24-50627
c/w Nos. 24-10855, 24-40533

*Defendants—Appellants.*

_____

Appeals from the United States District Courts
for the Western, Southern, and Northern Districts of Texas
USDC No. 6:24-CV-203
USDC No. 4:24-CV-798
USDC No. 3:24-CV-198

_____

ORDER:

IT IS ORDERED that the opposed motion of Intervenor Office and Professional Employees International Union to dismiss appeal 24-10855 as moot is DENIED AS MOOT.

IT IS FURTHER ORDERED that the opposed motion of Intervenor Office and Professional Employees International Union to vacate, or order the District Court to vacate the preliminary injunction enjoining the agency proceedings in this case is DENIED AS MOOT.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT