# Nos. 24-50627, 24-40533, 24-10855

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

24-50627

Space Exploration Technologies Corporation,

*Plaintiff-Appellee*,

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren M. McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, Gwynne A. Wilcox, and David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants*

consolidated with

24-40533

Energy Transfer, L.P.; La Grange Acquisition, L.P.,

*Plaintiffs-Appellees*

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren M. McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, Gwynne A. Wilcox, and David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants-Appellants*

consolidated with

_____

24-10855

_____


Aunt Bertha, doing business as Findhelp,

*Plaintiff - Appellee*

v.

National Labor Relations Board; Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board; Lauren M. McFerran, in her official capacity as the Chairman of the National Labor Relations Board; Marvin E. Kaplan, Gwynne A. Wilcox, and David M. Prouty, in their official capacities as Board Members of the National Labor Relations Board; John Doe, in their official capacity as an Administrative Law Judge of the National Labor Relations Board,

*Defendants – Appellants*

## AUNT BERTHA'S NOTICE OF NON-OPPOSITION TO OFFICE AND PROFESSIONAL EMPLOYEEES INTERNATIONAL UNION'S MOTION TO INTERVENE TO PETITION FOR CERTIORARI

/s/ Talley R. Parker
_____
Talley R. Parker
Texas State Bar No. 24065872
talley.parker@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
(214) 520-2400 – Telephone
(214) 520-2008 – Fax


**COUNSEL FOR AUNT BERTHA, A
PUBLIC BENEFIT CORPORATION
DOING BUSINESS AS FINDHELP**

Appellee Aunt Bertha, a public benefit corporation doing business as Findhelp ("Aunt Bertha"), respectfully advises the Court that it does not oppose the Office and Professional Employees International Union's October 1, 2025, Motion to Intervene to Petition for Certiorari (the "Motion") for the limited purpose stated in the Motion to file a petition for writ of certiorari with the United States Supreme Court.

Dated: October 6, 2025

Respectfully submitted,

/s/ Talley R. Parker
Talley R. Parker
Texas State Bar No. 24065872
talley.parker@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
(214) 520-2400 – Telephone
(214) 520-2008 - Fax

David Kelly
Arizona State Bar No. 013035
david.kelly@jacksonlewis.com
JACKSON LEWIS P.C
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191

## CERTIFICATE OF SERVICE

I certify that on October 6, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system.

/s/ Talley R. Parker
Talley R. Parker

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify that the foregoing document contains 63 words, as counted by counsel's word processing system, and thus complies with the 5,200-word limit. *See* FED. R. APP. P. 27(d)(A).

This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word using size 14 Times New Roman font.

/s/ Talley R. Parker
Talley R. Parker